In the Matter of the Will of EMMA T. GARY, Deceased.

ELMA L. QUIRIN, as Ancillary Executrix of ELIZA J. BRUNDAGE, Deceased, Appellant; LEWIS NIXON, SR., et al., as Executors of EMMA T. GARY, Deceased, et al., Respondents.

(Argued October 22, 1936; decided November 24, 1936.)

636

Herbert L. Satterlee and James J. Irwin, Jr., for appellant.

John M. Harlan and Vincent R. Smalley for Metropolitan Museum of Art, respondent.

William M. Parke and Jule E. Stocker for Lewis Nixon, Sr., et al., as executors of Emma T. Gary, deceased, respondents.

Thomas A. McGrath for John W. Kiser, as general guardian of John W. Kiser, Jr., et al., respondents.

Richard N. Crockett and Jeremiah Courtney for The Samaritan Home for the Aged of the City of New York, respondent.

John J. Bennett, Jr., Attorney-General (Robert P. Beyer and Henry Epstein of counsel), for State of New York, respondent.

Order affirmed, with costs to each party appearing and filing brief payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.